DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACOB LEE MUSIC,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-404

[September 6, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 56-2014-CF-001992A.

Jacob Lee Music, DeFuniak Springs, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CONNER, JJ., concur.

\*　　\*　　\*

*Not final until disposition of timely filed motion for rehearing.*